# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAICHE TEXTILE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSLAND ASSOCIATE INC., *et al.*,<br><br>Defendants. | Case No.: 2:17-cv-5728-MRW<br><u>Hon. Michael R. Wilner Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: 4/20/2018              By: _____
                                  HONORABLE MICHAEL R. WILNER
                                  U.S. MAGISTRATE JUDGE